USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,

     -against-                                    18-CR-274 (VEC)

  ABDUL BASIT MOOSANI,                       ORDER

                          Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear before the Court for a status conference on July 20, 2021 at 10:00 a.m.; and

    WHEREAS that date is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the July 20 conference is ADJOURNED to **October 5, 2021, at 1:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that the Court's previous exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), is extended to October 5, 2021, because the Court finds that the ends of justice served by accommodating the logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Dated: July 19, 2021**
      **New York, NY**

                                          _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**