**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2022

LAW OFFICES OF
JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

September 21, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Saleem, et al.,** 18 CR 274 (VEC) (SDNY)

Dear Judge Caproni:

I am writing on behalf of defendant Abdul Basit Moosani to respectfully request a two week adjournment of the defendant's October 11, 2022 sentencing. The reason for this request is that it is taking longer than anticipated to secure character letters from the defendant's family and friends in the UAE and Pakistan and have them translated into English for use in the defendant's sentencing submission, as relevant pursuant to 18 U.S.C. § 3553(a). The government, by AUSA Jonathan Rebold, has no objection to this application and counsel are available on October 24 and 26, the Court's calendar permitting, for the rescheduled date.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:     All counsel (by ECF)

Application GRANTED. Defendant's sentencing hearing is hereby adjourned from Tuesday, October 11, 2022, until **Wednesday, October 26, 2022, at 11:00 A.M.**
SO ORDERED.

09/22/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE