

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2022

# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

October 12, 2022

Honorable Valerie Caproni
United States District Court Judge
United States District Court
Southern District of New York
New York, New York 10013

      Re:   USA v. Abdul Basit Moosani
                18-Cr. 00274(VEC)

Dear Judge Caproni,

     I along with the Law Offices of Jeffrey Lichtman represent Mr. Moosani. Presently, a sentencing hearing is scheduled for October 26, 2022 at 11:00 AM. I am scheduled to appear before the Second Circuit Court of Appeals at 10:00 AM on October 26, 2022. ( US v. Guillen 20-311) Out of an abundance of caution, I am requesting that the court move Mr. Moosani's sentence until 1:00 PM, or anytime after which is convenient with the court.

     I have spoken with co-counsel, as well as AUSA Jonathan Rebold in reference to this request. All parties are available during the afternoon on October 26, 2022. The Government specifically consents to this request. Accordingly, I request that the court adjourn the sentencing hearing until 1:00 PM or after, on October 26, 2022.

Respectfully submitted,

*Patrick Joyce*
Patrick Joyce

**MEMO ENDORSED**

1

Application GRANTED. The sentencing hearing is hereby adjourned from Wednesday, October 26, 2022, at 11:00 A.M. until **Wednesday, October 26, 2022, at 3:00 P.M.**
SO ORDERED.

10/12/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE