UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :   CONSENT PRELIMINARY ORDER
    - v. -                                          :   OF FORFEITURE/
                                                    :   MONEY JUDGMENT
ABDUL BASIT MOOSANI                                 :
                                                    :   S6 18 Cr. 274 (VEC)
            Defendant.                              :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 2, 2021, ABDUL BASIT MOOSANI (the "Defendant"), was charged in a one-count Information, S6 18 Cr. 274 (VEC) (the "Information"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on or about September 2, 2021, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(l), a sum of money in United States currency representing property involved in the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $2,051,022.65 in United States currency representing the amount of property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with his co-defendant, Muhammad Amir Saleem ("Saleem") up to $2,051,022.65, the amount of the forfeiture money judgment entered against Saleem in this case on November 29, 2021; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Jonathan E. Rebold, Benet J. Kearney, and David R. Felton, of counsel, and the Defendant, and his counsel, Jeffrey Lichtman, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $2,051,022.65 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with his co-defendant, Muhammad Amir Saleem, up to $2,051,022.65, the amount of the forfeiture money judgment entered against Saleem in this case on November 29, 2021, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ABDUL

BASIT MOOSANI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          10/26/22
    Jonathan E. Rebold                        DATE
    Benet J. Kearney
    David R. Felton
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637- 2512 / 2260 / 2299


ABDUL BASIT MOOSANI

By: _____          10-26-22
    Abdul Basit Moosani                      DATE


By: _____          10-26-22
    Jeffrey Lichtman, Esq.                   DATE
    Attorney for Defendant
    Law Offices of Jeffrey Lichtman
    11 E 44th Street, Ste. 501
    New York, NY 10017


SO ORDERED:

_____              10.26.22
HONORABLE VALERIE E. CAPRONI                 DATE
UNITED STATES DISTRICT JUDGE