UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA

- against –

ABDUL BASIT MOOSANI

Defendant.

------------------X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. S6 18 Cr. 274 (VEC)

Upon the application of the United States of America, by JONATHAN E. REBOLD, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of ABDUL BASIT MOOSANI (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Pakistan and a citizen of Pakistan and Dominica.

3. The defendant was paroled into the United States on May 22, 2020 at Westchester County Airport, New York, for the purpose of criminal prosecution in the Southern District of New York for conspiracy to commit money laundering. The defendant's parole terminated on May 24, 2020.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956.

5. A total maximum sentence of twenty years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to: Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended ("Act"), 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who at the time of application for admission, is not in possession of a valid, unexpired, immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or other document of identity or nationality as required under the regulations issued by the Attorney General under § 211(a) of the Act; Section 212(a)(2)(A)(i)(I) of the Act, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Dominica as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Dominica.

Dated: New York, New York
 10/26, 2022

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE