UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA,

- v. -

MUHAMMAD AMIR SALEEM,

      Defendant.

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
18 Cr. 274 (VEC)**

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ David R. Felton
     David R. Felton
     Assistant United States Attorney
     (212) 637-2299

cc:    All counsel (by ECF)